# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>v.<br><br>HIRAM OMAR GRAHAM,<br>                           Defendant. | Case No. 17-CR-220-JPS<br><br>**ORDER** |

       On December 19, 2017, the grand jury returned an eight-count indictment against Defendant. (Docket #6). The government later charged Defendant in a two-count information on February 13, 2018. (Docket #10). The next day, the parties filed a plea agreement indicating that Defendant would plead guilty to five counts of the Indictment—Counts One, Three, Five, Seven, and Eight—and both counts of the Information. (Docket #11 at 2–5). All of these counts charge Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a), save Count Eight of the Indictment, which charges Defendant with brandishing a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

       The parties appeared before Magistrate Judge Nancy Joseph on February 26, 2018 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #14). Defendant entered a plea of guilty as to each of the counts listed above. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by independent

factual bases containing each of the essential elements of the offenses. (Docket #16 at 1).

That same day, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's February 26, 2018 Report and Recommendation (Docket #16) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge