# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 17-CR-220-JPS |
| v. | |
| HIRAM OMAR GRAHAM, | **ORDER** |
| Defendant. | |

On March 28, 2018, the government filed a motion for a preliminary order of forfeiture as to certain property of Defendant, for entry of a money judgment of forfeiture, and to dismiss a certain laptop computer from the forfeiture notice of the indictment. (Docket #18). As part of his plea agreement, Defendant agreed to forfeit the identified assets and submit to a money judgment of forfeiture. The Court will, therefore, grant the government's motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that the government's motion for entry of a preliminary order of forfeiture (Docket #18) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that a money judgment of forfeiture in the amount of $36,866.98 be and the same is hereby entered against Defendant;

**IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), the 2005 blue Jaguar Vanden Plas, bearing VIN SAJWA82C15SG46564, Wisconsin registration H0G87, and registered to Hiram Omar Graham, be and the same is hereby preliminarily forfeited to

the United States as a substitute asset, in partial satisfaction of the money judgment entered against Defendant;

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Smith & Wesson model SD9VE 9mm handgun with black receiver and silver slide, bearing serial number HFF6670, including any and all magazines and ammunition, be and the same is hereby preliminarily forfeited to the United States;

**IT IS FURTHER ORDERED** that the above-referenced items shall be seized by the United States Marshal for the Eastern District of Wisconsin or its duly authorized representative;

**IT IS FURTHER ORDERED** that the gray HP laptop computer, bearing serial number 5CG71236RH, be and the same is hereby **DISMISSED** without prejudice from the forfeiture notice of the Indictment. The government shall return the computer promptly to Defendant;

**IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in Defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge